UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 30th day of November, two thousand twenty-two.

_____

Doe

v.

Wesleyan University

_____

**ORDER**
22-1713

The Court's Order dated November 22, 2022 scheduling a mediation with the Civil Appeals Mediation Program ("CAMP") for December 1, 2022 is hereby VACATED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

